AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Deshawn White | ) | Case No. |
| | ) | 3:20-mj-71463 MAG |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

FILED
Oct 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **9/2/20**  in the county of  **San Francisco**  in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition |
| | Maximum Penalties:<br>• Imprisonment: 10 years (18 U.S.C. § 924(a)(2))<br>• Fine: $250,000 (18 U.S.C. § 3571)<br>• Supervised Release: 3 years (18 U.S.C. § 3583(b)(2))<br>• Special Assessment: $100 (18 U.S.C. § 3013)<br>• Forfeiture of firearm and ammunition (18 U.S.C. § 853(a)) |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Brad May

☑ Continued on the attached sheet.

/s
*Complainant's signature*

Brad May, FBI Special Agent
*Printed name and title*

Approved as to form: */s/ Leif Dautch*
Assistant U.S. Attorney

Sworn to before me by telephone.

Date: 10/13/2020

*[signature]*
*Judge's signature*

City and state:  San Francisco, California    Hon. Laurel Beeler, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, G. Bradford May, Special Agent of the Federal Bureau of Investigation, having been duly sworn, do declare and state:

## INTRODUCTION

1. This Affidavit is made in support of a Criminal Complaint charging Deshawn White with possessing a firearm and ammunition as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). The facts set forth in this affidavit are based on my own personal knowledge, information I obtained from other individuals during my participation in this investigation, my review of documents and records related to this investigation, including criminal history documents and police reports, and information gained through my training and experience. Because this Affidavit is submitted for the limited purposes of supporting a criminal complaint and obtaining an arrest warrant, I have not included each and every fact known to me that supports probable cause for arrest. Rather, I have set forth only the facts that I believe are necessary to support the lawful arrest of the individual listed in this Affidavit.

## AGENT BACKGROUND

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since October 2007. I am currently assigned to the San Francisco Field Division of the FBI, where I investigate criminal violations of federal law, with a focus on violent crimes and crimes committed by gang members and associates. I have received training at the FBI Academy in Quantico, Virginia, to include training on criminal procedure, search and seizure, violent crimes, and gang organization. During the course of my career with the FBI, I have participated in numerous investigations

1

involving gang and weapons-related crimes and in the execution of numerous search and arrest warrants relating to such investigations.

3. I am conducting a criminal investigation of Deshawn White (White). On September 2, 2020, police officers in San Francisco, California found White to be in possession of a Glock Model 30 Gen 4 semiautomatic pistol (Glock) bearing serial number BNCG933. The pistol had a high capacity magazine inserted that contained 20 .45 caliber cartridges of various brands (11 Winchester, 7 Federal, 1 Remington-Peters and 1 S&B). Prior to September 2, 2020, White had been convicted of a felony offense.

## APPLICABLE LAW

4. Title 18, United States Code, Section 922(g) states, in pertinent part, that "[i]t shall be unlawful for any person . . . (1) who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year . . . to possesses in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. 18 U.S.C. § 922(g)(1). Under Title 18, United States Code, Section 924(a)(2), "[w]hoever knowingly violates subsection . . . (g) . . . of section 922 shall be fined pursuant to this title, imprisoned not more than 10 years, or both." 18 U.S.C. § 924(a)(2).

## FACTS ESTABLISHING PROBABLE CAUSE

5. On or about July 30, 2020, in the Superior Court of California, County of San Francisco, White was convicted of first degree burglary in violation of California Penal Code section 459 and sentenced to two years in state prison. A conviction for a violation of California Penal Code section 459 is punishable by a term of imprisonment exceeding one year.

6. On September 2, 2020, San Francisco Police Department (SFPD) Officer Coyne, Officer Ochoa, Officer Smally and Officer Leong were working in a plainclothes capacity in an unmarked patrol car. They were patrolling the 1000/1100 blocks of Oakdale Avenue in the Bayview District of San Francisco. Those blocks are known gang territory controlled by the Oakdale Mob, a criminal street gang in San Francisco. SFPD officers have responded to numerous past complaints of individuals who do not live in the area loitering, gambling, playing loud music and double parking on those blocks.

7. As the officers drove eastbound on Oakdale Avenue, Officer Coyne observed multiple subjects standing between vehicles parked in front of 1078 Oakdale Avenue. When the officers illuminated the subjects with their flashlights and patrol car spotlight, Officer Ochoa and Officer Leong observed Deshawn White, who they both know from previous contacts, attempt to crouch between the cars in an attempt to hide himself. Officer Ochoa observed White reach for his waistband. Officer Ochoa and Officer Leong exited the unmarked patrol car and announced themselves as police officers. White fled on foot and was taken into custody by Officer Ochoa and Officer Leong after a short foot chase. Officer Ochoa immediately looked over a fence near where White was detained and located a Glock Model 30, serial number BNCG933. Officer Ochoa visually inspected the Glock where he located it and observed that it was free of dust, dew, weathered debris and appeared as if it had recently been placed in that location.

8. A DNA sample was taken from White and swabs were taken from the Glock. An analysis of those samples found that White's DNA was found on the handgun, with a chance of a random match being about one in 352 quadrillion.

9. The SFPD Crime Scene Investigation (CSI) Unit analyzed the firearm found near where White was detained. CSI Technician Jeremy Ticzon described the firearm as a Glock Model 30 Gen 4 semiautomatic pistol bearing serial number BNCG933. The pistol had a high capacity magazine inserted that contained 20 .45 caliber cartridges of various brands (11 Winchester, 7 Federal, 1 Remington-Peters and 1 S&B).

10. Based on my training and experience, I know that Glock does not manufacture any firearms in California. Further, based on my training and experience, I know that Winchester Ammunition, Federal Ammunition, Remington-Peters Ammunition and Sellier & Bellot Ammunition do not have manufacturing plants in California. Therefore, I believe that the Glock firearm, Winchester Ammunition, Federal Ammunition, Remington-Peters Ammunition and Sellier & Bellot Ammunition were manufactured outside of California and therefore would have crossed state lines in order to have been located in San Francisco on September 2, 2020.

## CONCLUSION

11. Based on the information set forth in this Affidavit, I respectfully submit that there is probable cause to believe that on September 2, 2020, Deshawn White, a convicted felon, committed a violation of federal law in that he was a Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

I swear, under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

/s

_____
G. Bradford May
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 and 4(d) on this 13th day of October 2020.

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

5